# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JON ABBOTT,               ) | |
| )                         | |
| Plaintiff, )              | Case No. 2:10-cv-00972-LRH-PAL |
| )                         | |
| vs.                       ) | **ORDER** |
| )                         | |
| HOME DEPOT U.S.A., INC.,  ) | |
| )                         | |
| Defendant. )              | |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The most recent Order (Dkt. #36) granting the stipulation to extend time to file the joint pretrial order, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than May 2, 2012. There are no dispositive motions pending. On May 2, 2012, counsel for Plaintiff sent correspondence to the undersigned indicating that a settlement had been reached and that counsel was in the process of finalizing the paperwork. However, more than 30 days have lapsed since that correspondence, and no stipulation to dismiss has been received. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file either a stipulation for dismissal or a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., June 20, 2012**. Failure to timely comply may result in the imposition of sanctions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated this 6th day of June, 2012.

_____
Peggy A. Leen
United States Magistrate Judge