1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JON L. ABBOTT | ) | |
| | ) | Case No. 2:10-cv-00972-LRH-PAL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HOME DEPOT, U.S.A., INC., a Delaware Corporation a/k/a HOME DEPOT, DOES I-X and ROE CORPORATIONS I-X | ) ) ) ) | |
| Defendants. | ) ) | |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that the above-entitled action be dismissed with prejudice, each party to bear

/////

/////

/////

Page 1 of 2

their own attorney's fees and costs.

Dated this 15th day of June, 2012.

PERRY & WESTBOOK
A Professional Corporation

*[signature]*

ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 6167
1701 W. Charleston, #200
Las Vegas, NV 89102
Telephone: (702) 870-2400
Attorneys for Defendant

GERALD I. GILLOCK & ASSOCIATES

*[signature]*

CAROL F. HAY, ESQ.
Nevada Bar No. 8112
428 S. Fourth Street
Las Vegas, NV 89101
Telephone: (702) 386-0000
Attorneys for Plaintiff

IT IS SO ORDERED this 28th day of June, 2012.

*[signature]*

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE